No. 89. STATE OF OHIO EX REL. K. B. ALLEN *v.* JOSEPH A. LUTZ, AS AUDITOR OF MONTGOMERY COUNTY, OHIO. Error to the Supreme Court of the State of Ohio. Submitted January 7, 1927. Decided January 10, 1927. *Per Curiam.* Dismissed under § 237 of the Judicial Code, it not appearing in the record of the case that prior to the final judgment to which this writ of error was allowed there was any challenging averment that the act of the Ohio Legislature in question was repugnant to the Constitution or laws of the United States. *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Messrs. Earl H. Turner* and *Wellmore B. Turner* for plaintiff in error. *Messrs A. H. Scharrer* and *Ralph E. Hoskot* for defendant in error.

---

No. 97. UNITED STATES EX REL. CHARLES McCAUL COMPANY *v.* ANDREW W. MELLON, SECRETARY OF THE TREASURY. Error to the Court of Appeals of the District of Columbia. Argued January 7, 1927. Decided January 10, 1927. *Per Curiam.* Dismissed for want of finality in the judgment below on the authority of *Oneida Navigation Corp.* v. *Job and Co.,* 252 U. S. 521, 522; *Collins* v. *Miller,* 252 U. S. 364, 370. *Mr. William C. Prentiss* for plaintiff in error. *Solicitor General Mitchell* and *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, for defendant in error.

---

No. —, original. EX PARTE LLOYD C. WHITMANN ET AL. January 17, 1927. The motion for leave to file petition for writ of habeas corpus herein is denied. *Mr. Lloyd C. Whitmann, pro se.*